No. 89–1045.  HEALTHMASTER, INC., ET AL. *v.* CHATTAHOO-CHEE VALLEY HOME HEALTH CARE, INC.  Sup. Ct. Ga.  Certiorari denied.

No. 89–1047.  BOGGERTY ET UX. *v.* WILSON ET AL.  Ct. App. Mich.  Certiorari denied.

No. 89–1050.  DADE COUNTY ET AL. *v.* LAKE LUCERNE CIVIC ASSN., INC., ET AL.; and
No. 89–1062.  LAKE LUCERNE CIVIC ASSN., INC., ET AL. *v.* DOLPHIN STADIUM CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.  Reported below: 878 F. 2d 1360.

No. 89–1051.  POWELL ET AL. *v.* WESTERN ILLINOIS ELECTRIC COOPERATIVE ET AL.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 89–1053.  CAMOSCIO *v.* BOARD OF REGISTRATION IN PODIATRY.  C. A. 1st Cir.  Certiorari denied.

No. 89–1054.  BITUMINOUS CASUALTY CORP. *v.* CORPORATION OF THE PRESIDING BISHOP OF CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–1055.  NORFOLK SHIPBUILDING & DRYDOCK CORP. *v.* LATHEY.  Ct. App. Va.  Certiorari denied.

No. 89–1057.  J & N VIDEO, INC. *v.* KENTUCKY.  Cir. Ct. Ky., Campbell County.  Certiorari denied.

No. 89–1059.  PAYNE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–1061.  SEVENTH-DAY ADVENTIST CONGREGATIONAL CHURCH ET AL. *v.* GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS.  C. A. 9th Cir.  Certiorari denied.

No. 89–1065.  CAMOSCIO *v.* MURPHY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 89–1066.  ALLOCATI *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.